JAMES C. NIELSEN (111889)
jnielsen@nielsenhaley.com
JENNIFER S. COHN (169973)
jcohn@nielsenhaley.com
NIELSEN, HALEY & ABBOTT LLP
44 Montgomery Street, Suite 750
San Francisco, California 94104
Telephone: (415) 693-0900
Facsimile: (415) 693-9674

Attorneys for Defendant,
DIAMOND STATE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| Sonja R. Yonge,<br><br>        Plaintiff,<br><br>    v.<br><br>Diamond State Insurance Company, et al.,<br><br>        Defendants. | Case No.: 2:07-cv-00237-RRB-KJM<br><br>STIPULATION OF DISMISSAL |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

1
2  Dated: 10-18-07                          By: /s/* *Sonja R. Yonge*
3                                                Plaintiff Sonja R. Yonge
4  Dated: 10/31/07                          By: *Blane Smith*
5                                                Blane Smith
                                                 Farmer Smith Law Group, LLP
6                                                Attorneys for Plaintiff Sonja R. Yonge
7
8  Dated: _____            By: /s/*
                                                 Edward D'Andrea for
9                                                Defendant Diamond State
                                                 Insurance Company
10
11 Dated: _____            By
12                                                Jennifer Cohn
                                                  Nielsen, Haley & Abbott, LLP
13                                                Attorneys for Defendant
                                                  Diamond State Insurance Company
14
15
16    *  Original signature maintained by party's attorney.
17
18
19
20
21
22
23
24
25
26
27
28

1

2  Dated: _____    By: /s/*
                                               Plaintiff Sonja R. Yonge
3

4  Dated: _____    By: _____
                                               Blane Smith
5                                              Farmer Smith Law Group, LLP
                                               Attorneys for Plaintiff Sonja R. Yonge
6

7
   Dated: 9/25/07                           By: /s/* *[signature: Ed D'Andrea]*
8                                              Edward D'Andrea for
                                               Defendant Diamond State
9                                              Insurance Company

10

11
   Dated: 11/1/07                           By  *[signature]*
12                                             Jennifer Cohn
                                               Nielsen, Haley & Abbott, LLP
13                                             Attorneys for Defendant
                                               Diamond State Insurance Company
14

15

16 * Original signature maintained by party's attorney.

17

18

19

20

21

22

23

24

25

26

27

28

Yonge v. Diamond State Insurance Company, et al.
United State District Court, Eastern District, Court No.: 2:07-CV-00237-RRB-KJM

# PROOF OF SERVICE

I declare that:

I am a citizen of the United States, employed in the County of San Francisco. I am over the age of eighteen years, and not a party to the within cause. My business address is 44 Montgomery Street, Suite 750, San Francisco, California 94104.

On the date set forth below I served the following document(s) described as:

## STIPULATION OF DISMISSAL

[ ]   (BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date.

[ ]   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

[ ]   (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ]   (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

[ XX ]   **(BY ELECTRONIC SERVICE)** by submitting an electronic version of the document(s) to be served on all parties listed on the service list on file with the court as of this date.

**Attorney for Plaintiff, Sonja R. Yonge**
Blane A. Smith, Esq.
Farmer, Murphy, Smith & Alliston
3640 American River Drive, Suite 150
Sacramento, California 95864
Tel: 916-484-3500
Fax: 916-484-3510

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 26, 2007, at San Francisco, California.

Sonia J. Ortiz